JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANDRA WHITE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAXIM HEALTHCARE SERVICES, INC.<br><br>　　　　Defendant. | Case No. CV 13-1672- DMG (RZx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE [10]** |

1       The Court having read and considered the parties' stipulation to dismiss

2   pursuant to Fed. R. Civ. P. 41(**a**)(2), and with good cause appearing, this action is

3   dismissed with prejudice.

4

5       **IT IS SO ORDERED.**

6

7   DATED:  APRIL 23, 2013

8                        DOLLY M. GEE

                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28