JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANDRA WHITE, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MAXIM HEALTHCARE SERVICES, INC.<br><br>            Defendant. | Case No. CV 13-1672- DMG (RZx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE [10]** |

The Court having read and considered the parties' stipulation to dismiss pursuant to Fed. R. Civ. P. 41(**a**)(2), and with good cause appearing, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  APRIL 23, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE